# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

ANGELA JOHNSON

    v.                                              Case Number(s):  1:09CV37

AMERICAN UNITED LIFE INSURANCE CO.

# NOTICE

**TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case for the **APRIL MASTER CALENDAR TERM**.  Said term shall begin on April 5, 2010, at a place to be determined at a later date at 9:30 a.m. and will continue until all the cases on the calendar have been tried.  **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

    PLACE:           **TO BE DETERMINED AT A LATER DATE.**
    DATE & TIME:   **April 5, 2010 at 9:30 a.m.**
    PROCEEDING:  **Bench Trial.**

A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Master Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein.  **No later than March 16, 2010, unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

---

John S. Brubaker, Clerk

By:    /s/ Dianne D. Solomon,  Deputy Clerk

Date:   November 20, 2009

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD